UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Carrie Williford,<br>Defendant(s). | Case No.: 25-mj-00705-MTS<br>Date: 8/19/2025<br>Court Time: 2:04pm-2:09pm<br><br>**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING** |

Mark T. Steele, U.S. Magistrate Judge      L. Tiefenthaler, Deputy Clerk      Courtroom 5

Interpreter: _____  ☐ Sworn
Counsel for Plaintiff: Adam McConney
Counsel for Defendant: Christina Hunt      FPD
Case called for:      ☒ Detention Hearing,   ☒ Preliminary Hearing;
☒ Defendant appears in custody with counsel;
Defendant waives:      ☒ Preliminary Hearing   ☐ Detention Hearing, waiver(s) executed;
☒ Government withdraws their Motion for Detention # 3 ;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☐ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 3 ):    ☐ granted,   ☐ denied,   ☒ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☒ Bond set at $10,000      Bond and Conditions of Release executed;
☐ Defendant detained and remanded to custody of U.S. Marshal,   ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.
Additional Minutes:
_____
_____

Government's Witnesses:                              Defendant's Witnesses:
_____                          _____
_____                          _____
_____                          _____

Government's Exhibits:                               Defendant's Exhibits:
_____                          _____
_____                          _____
_____                          _____