


FILED

SEP 1 5 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | Case No. 25 CR - 343 JDR |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | [21 U.S.C. §§ 846 and 841(b)(1)(B)(viii) – Attempted Possession of Methamphetamine with Intent to Distribute; Forfeiture Allegation: 21 U.S.C. § 853 – Drug Forfeiture] |
| CARRIE WILLIFORD, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about August 15, 2025, in the Northern District of Oklahoma, the defendant, **CARRIE WILLIFORD**, knowingly and intentionally attempted to possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii).

## FORFEITURE ALLEGATION
[21 U.S.C. § 853]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction of the offense alleged in this Indictment, as a part of her sentence, the defendant, **CARRIE WILLIFORD**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violation and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law. The property to be forfeited includes, but is not limited to:

**CURRENCY**

Approximately $7,176 in United States currency seized from **CARRIE WILLIFORD** by law enforcement on August 15, 2025.

All pursuant to Title 21, United States Code, Section 853.

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
ADAM D. MCCONNEY  
Assistant United States Attorney

/s/ Grand Jury Foreperson  
Grand Jury Foreperson