# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>vs.<br><br>Carrie Williford,<br>    Defendant(s). | Case No.: 25-cr-343-JDR<br>Date: 9/22/2025<br>Court Time: 2:00 p.m.<br><br>**MINUTE SHEET – ARRAIGNMENT** |

Christine D. Little, U.S. Magistrate Judge    T. Calico, Deputy Clerk    Magistrate Courtroom 1

Counsel for Plaintiff: Adam David McConney
Counsel for Defendant: _Shena Burgess_, CJA
Interpreter: _____    ☐ sworn

Defendant appears in person for Arraignment on:  ☒ Indictment;  ☐ Information;  ☐ Complaint;
    ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;
☒ Defendant acknowledges receipt of Indictment    Indictment:  ☐ Read;  ☒ Reading waived;
☒ Defendant advised of charge;
☒ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name
☐ Defendant stated their true and correct name is:

_____ _____ _____ _____
First/Fore-/Given Name(s)  Middle Name(s)  Last/Sur-/Family Name(s)  Suffix

☐ Government requested; and  ☐ Court ordered:
    ☐ Defendant's name be added as an a/k/a
    ☐ Defendant's name be corrected by interlineation to reflect the same
☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea  ☒ Schedule to be entered;
Defendant waives:  ☐ Indictment;  ☐ Detention Hearing;  ☐ Separate Representation  ☐ Waivers approved by Court;
☐ Arraignment continued to: _____ at _____
☐ Detention Hearing scheduled: _____ at _____
☒ Defendant allowed to stand on present bond;  ☐ Government stipulates, findings made
☐ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____
_____
_____
_____

Minute Sheet - Arraignment    (CR-01f 7/2024)